**Electronically Filed**
**Supreme Court**
**SCWC-18-0000672**
**07-JUL-2022**
**11:51 AM**
**Dkt. 3 ODSAC**

SCWC-18-0000672

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

A.K.M. on behalf of A.M., a minor,
Petitioner/Petitioner-Appellant,

vs.

R.A.,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000672; FC-DA NO. 18-1-0563)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI AS UNTIMELY
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Petitioner-Appellant's Application for Writ of Certiorari, filed on June 3, 2022, is hereby dismissed as untimely.

DATED: Honolulu, Hawaiʻi, July 7, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

